```
 1 | Martha G. Bronitsky
   | Chapter 13 Standing Trustee
 2 | Po Box 5004
   | Hayward,CA 94540
 3 | (510) 266- 5580
 4 |
   | Trustee for Debtor(s)
 5 |
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Ying Lian Hu | 25-42332-CN 13 |

WITHDRAWAL
OF
Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Trustee's Motion to Dismiss Case for Failure to Make Plan Payments for the above named Chapter 13 Case which was filed on March 04, 2026, same being court docket #54.

Date: March 12, 2026                     /s/ Martha G. Bronitsky
                                         _____
                                         Signature of Martha G. Bronitsky
                                         Chapter 13 Standing Trustee