SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
WF.100-007S

Attorneys for Movant
CONNIE ZHANG 100% ($100,000.00) BENEFICIAL INTEREST UNDER THAT CERTAIN
DEED OF TRUST DATED 09/01/2023, her successors and/or assignees in interest

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Bk. No. 25-42332-CN |
|---|---|
| YING LIAN HU aka ANNA HU, | Chapter 13 |
| Debtor. | MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | Hearing-<br>Date: April 8, 2026<br>Time: 10:00 a.m.<br>Place: Bankruptcy Court<br> 1300 Clay Street<br> Courtroom 215<br> Oakland, CA 94612 |

CONNIE ZHANG 100% ($100,000.00) BENEFICIAL INTEREST UNDER THAT

CERTAIN DEED OF TRUST DATED 09/01/2023, her successors and/or assignees in interest

("**Movant**"), moves the Court for relief from the Automatic Stay provided by 11 U.S.C. Section

362. This motion seeks an Order terminating the Automatic Stay of 11 U.S.C. Section 362 as to

moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that

moving party (and its Trustee) may take all steps necessary under State or Federal law to

commence or complete its foreclosure under the Deed of Trust and thereafter take possession of

the real property located at **37136 Magnolia St., Newark, CA 94560** (the "**Property**"). .

Case: 25-42332   Doc# 59   Filed: 03/18/26   Entered: 03/18/26 10:42:22   Page 1 of 4

This Motion shall be based on these moving papers, the Relief from Stay Information Sheet, Movant's Dec, and the pleadings and records on file with this Court.

In addition, and if applicable, Movant will seek an order waiving the requirements of Federal Rule of Bankruptcy Procedure 4001(a)(3), and California Civil Code § 2924g(d), so that any foreclosure sale may be held without the applicable waiting period specified therein.

This motion is brought pursuant to 11 U.S.C. Section 362(d)(1) for "cause" and due to the following:

1. The failure of Debtor to make required payments as set forth in the attached Declaration of Connie Zhang ("**Movant's Dec**"). Debtor failure to make required payments and/or pay off Movant's loan on or before the Maturity date provides "cause" for relief from the Automatic Stay in accordance with the ruling of the Bankruptcy Appellate Panel in In re Proudfoot, 144 B.R. 876 (9th Cir. BAP 1992). [*See* Movant's Dec, ¶8, ¶9, and ¶14, Exhibit "D", respectively].

2. The failure of Debtor to submit required payments to the senior lienholder, AmWest ("**Sr. Lienholder**") which also holds a First position trust deed lien on the subject real property. Pursuant to Debtor's Schedules, the amount owed to the Sr. Lienholder is $564,228.17, as of the Petition date. [*See* Debtor's Schedule D, Docket No. 17; see also Movant's Dec, ¶15]. Pursuant to Debtor's Third Amended Plan, the reinstatement amount owed to the Sr. Lienholder is $8,135.68, as of the Petition date. [*See* Debtor's Third Amended Plan, Docket No. 51].

3. The failure of Debtor to payoff the Junior Lienholder, Wen Ma ("Jr. Lienholder") on its recorded Abstract of Judgment, in in the amount of $78,235.00, recorded on December 24, 2024, in Alameda County, Instrument No. 2024156088 ("**AOJ**"). [*See* Movant's Dec, ¶17, Exhibit "E"].

4. The failure of Debtor to maintain the Property Taxes with the Alameda County Tax Collector. [*See* Movant's Dec, ¶17, Exhibit "F"].

5. The failure of Debtor to confirm Plan.

6. Movant's loan fully matured on August 1, 2024 ("**Maturity Date**"). [*See*

Movant's Dec, ¶5, Exhibit "A" and ¶8, respectively].

In addition, and in the event that the Court continues the Automatic Stay, Movant will seek adequate protection of its secured interest pursuant to 11 U.S.C. Sections 361 and 362, including a requirement that Debtor reinstate all past arrearages and immediately commence regular monthly payments.

Furthermore, Movant will also seek attorneys' fees and costs incurred in bringing the Motion. Movant requests such fees pursuant to the Note and Deed of Trust securing Movant's claim or pursuant to 11 U.S.C. Section 506(b). Post petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note pursuant to Travelers Casualty v. Pacific Gas and Electric Co., 549 U.S. 443 (2007).

In addition, Movant requests such further relief as is just.

In the event neither the Debtor nor Debtor's counsel or any interested party appears at a hearing on this Motion, the Court may grant relief from the Automatic Stay permitting moving party to foreclose on the Debtor's real Property, which is legally described in the Deed of Trust attached to Movant's Declaration as Exhibit "2", under all defaults, including any pre-petition defaults, and thereafter obtain possession of such Property without further hearing, or may enter an order conditioning the continuance of automatic stay.

WHEREFORE, Movant prays for judgment as follows:

1. For an order granting relief from the Automatic Stay, permitting Movant to take all steps necessary under State or Federal law to commence or complete its foreclosure under the Deed of Trust and thereafter take possession of the subject Property

2. For an order allowing Movant to seek and collect any damages ordered by any Court for the wrongful retention of the subject Property after foreclosure of the subject property.

3. For an order permitting Movant to offer and provide Debtor with information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor.

4. For an order regarding adequate protection of Movant's interest as this Court deems proper.

5. For attorneys' fees and costs for suit incurred herein.

6. For an order waiving the 14-day stay described in Bankruptcy Rule 4001(a)(3).

7. For such relief as this Court deems appropriate.


SCHEER LAW GROUP, LLP

DATED: March 17, 2026          /s/ Reilly D. Wilkinson
#250086