SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
WF.100-007S

Attorneys for Movant
CONNIE ZHANG 100% ($100,000.00) BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 09/01/2023, her successors and/or assignees in interest

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>YING LIAN HU aka ANNA HU,<br><br>Debtor. | Bk. No. 25-42332-CN<br><br>Chapter 13<br><br>DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Hearing-<br>Date: April 8, 2026<br>Time: 10:00 a.m.<br>Place: Bankruptcy Court<br>1300 Clay Street<br>Courtroom 215<br>Oakland, CA 94612 |

I, CONNIE ZHANG, declare and state:

1. As to the following facts, I know them to be true of my own personal knowledge and if called upon to testify in this action, I could and would testify competently to the following facts personally known to me to be true.

I am the Movant. I am the custodians of the books, records and files that pertain to loans and extensions of credit given to Debtor concerning real property located at **37136 Magnolia St., Newark, CA 94560** (the "**Property**"). I have personally worked on the books, records and files, and as to the following facts, I know them to be true of my knowledge or I have gained

Case: 25-42332 Doc# 59-1 Filed: 03/18/26 Entered: 03/18/26 10:42:22 Page 1 of 39

knowledge of them from my business records. These books, records and files were made at or about the time of the events recorded, and which are maintained in the ordinary course business at or near the time of the actions, conditions or events to which they relate. Any such document was prepared in the ordinary course of business by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. My business records are available for inspection and copies can be submitted to the court if required. As to any statements regarding equity or lack of equity contained within this Declaration, which are made upon information and belief, these statements are made after examination of the loan file and after consideration of the following factors:

a) the loan to value ratio;

b) existence of senior and junior liens;

c) amount of arrearages; and

d) original appraisals done at inception of loan.

e) the Debtor's schedules

2. YING LIAN HU ("**Debtor**") is an individual corporation/limited liability company and the Chapter 13 Debtor herein.

3. MARTHA G. BRONITSKY has been appointed as the Chapter 13 Trustee in the instant bankruptcy. By virtue of HER position as Chapter 13 Trustee, she may hold title to the subject property in that capacity. To the extent relief sought herein is granted, MARTHA G. BRONITSKY should be bound by any such judgment.

4. On December 11, 2025, Debtor filed a Petition under Chapter 13 of the Bankruptcy Code.

5. I am the current payee of a Promissory Note dated August 28, 2023 in the principal amount of $100,000.00 (the "**Note**") secured by a Second Deed of Trust of same date, which bears interest as specified therein. My loan was a short term loan which matured on August 31, 2024 ("**Maturity Date**"). The original Note is held by me. A true and copy of the Note is attached hereto as Exhibit "A" and is incorporated herein by reference.

6. The indebtedness evidenced by the Note is secured by a Deed of Trust (the

"**Deed of Trust**") executed and recorded in San Mateo County and which encumbers the Property. True and correct copies of the Deed of Trust and Assignment of Deed of Trust are attached hereto as Exhibit "B" and Exhibit "C", respectively, and incorporated herein by reference.

7. I am the current holder of the Note and maintains all beneficial interest relating to the subject loan.

8. Debtor has defaulted on the Note. On the basis of the Debtor's failure to pay off the loan on or before the maturity date the loan is now all due and payable:

| | |
|---|---|
| Unpaid Principal Balance: | $100,000.00 |
| Interest | $18,824.66 |
| Foreclosure Fees | $1,409.66 |
| Attorneys' Fees | $8,071.50 |
| GRAND TOTAL | $128,305.82 |

**MY LOAN FULLY MATURED ON AUGUST 31, 2024**

9. The total amount now owed to me is $128,305.32 as of March 13, 2026.

10. Interest continues to accrue as set forth in the Note.

11. I have performed each and every act required by the terms of the Deed of Trust.

12. Debtor has not requested a loan modification.

13. I request authority to commence or complete foreclosure proceedings relative to the Property, but is prevented from doing so by the filing of Debtor's petition which operates as an Automatic Stay prohibiting Lender from taking any action or commencing any Court proceeding to enforce a lien upon the Debtor's real property. My Notice of Default was recorded on September 12, 2025. However, I have been unable to proceed with the foreclosure action due to this bankruptcy filing.

14. Attached to this Declaration is an Account Statement which provides a payment history which evidences the pre/post-petition obligations that are accrued and are unpaid. The Account Statement shows when each payment was due, all payments I have

Case: 25-42332 Doc# 59-1 Filed: 03/18/26 Entered: 03/18/26 10:42:22 Page 3 of 39

received and the date I received each payment.  A copy of the Account Statement is attached hereto as Exhibit "D" and is incorporated herein by reference.

15.     My records reflect that there is currently a First trust deed on the Property in favor of AmWest Funding Corp. ("**Sr. Lienholder**").  The approximate balance of said trust deed obligation is $564,228.17 pursuant to Debtor's schedules on file with this Court.  I request that the court take Judicial Notice of Debtor's Schedules on file with this court pursuant to Federal Rule of Evidence 201.

16.     My records reflect that there is currently a Junior Lien on the Property in favor of Wen Ma, pursuant to Abstract of Judgment, in in the amount of $78,235.00, recorded on December 24, 2024, in Alameda County, Instrument No. 2024156088 ("**AOJ**").  A true and correct copy of the AOJ is attached hereto as Exhibit "E" and incorporated herein by reference.  I request that the court take Judicial Notice of Debtor's Schedules on file with this court pursuant to Federal Rule of Evidence 201.

17.     My records reflect that Debtor is delinquent to the Alameda County Tax Collector on the property taxes in the amount of $12,977.00.  Additionally, $6,867.98 comes due on April 10, 2026.  True and correct copies of the 2025 and 2026 Property Tax Bills (or relevant document) is attached hereto as Exhibit "F" and incorporated herein by reference. I request that the court take Judicial Notice of 2025 and 2026 Property Tax Bills (or relevant document) pursuant to Federal Rule of Evidence 201.

18.     It has been over three (3) months since the Debtor filed her Chapter 13 petition with this Court and the Debtor has yet to confirm a Plan of reorganization.

//
//
//
//
//
//
//

19. The Note and Deed of Trust provide that I shall be entitled to recover from the Debtor and that the real property shall secure the payments of all attorney's fees and costs incurred by Lender to collect upon the real property. By virtue of the Debtor's default, I have necessarily incurred such fees and costs and will continue to incur such fees and costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 16, 2026, at Irvine, CA (city, state).

DATED: 03/16/26

[Declarant]

# Exhibit “A”

**DO NOT DESTROY THIS NOT: When paid, this note with Deed of Trust securing same, must be surrendered to Trustee for cancellation before reconveyance will be made**

---

## NOTE SECURED BY DEED OF TRUST

INSTALLMENT NOTE – INTEREST ONLY

**Date: 08/28/2023**
**Loan Amount: $100,000.00**
**Loan Number:** [redacted]
**Address: 37136 Magnolia St., Newark, CA 94560**

In installments as herein stated, for value received and I/We **Ying Lian Hu, trustee of the Ying Lian Hu Living Trust, dated December 10, 2021, Subject to item #6 as shown herein jointly** and severally, promise to pay **$100,000.00 to MOCAA INC, a California Corporation** or order, at **2521 Windsor Pl, Rowland Heights, CA 91748** the principle sum of **ONE HUNDRED THOUSAND AND 00/100 ($100,000.00)**, with interest from **September 1st, 2023** on unpaid principal at the rate of 12 percent per annum, payable in monthly installments of **interest only, Monthly Payment $1000.00** on the 1st day of each month, beginning on the 1st day of September 2023, and continuing until the 31 day of **August 2024**, at which time the entire principal balance together with interest due thereon, shall become due and payable. **6 month** interest, based on the original principal balance, is guaranteed. The prepayment penalty is waived after **6 months.** If any installment due hereunder is delinquent more than **5 days**, the borrower to this Note agrees to pay a late charge on each installment **10%** of the delinquent payment. Any of the following shall be a default under the Note: (a).Default in the payment of any installment or balloon payment of principal and /or interest when due, (b).Default under the Deed of Trust or any other agreement securing this Note, or (c) Default under any other note, Deed of Trust, or agreement executed by borrower in favor of Note Holder, and the unpaid principal shall bear interest at the default rate of **6%** extra per annum , without the requirement of any notice, The default rate shall commerce as of the date of the default and shall continue until such time all defaults have been cured or loan has been paid off.

Should default be made in payment of any of the installment of principal or interest when due, the whole sum of principal and interest shall, at the option of the holder of this note, become immediately due and payable. Principal and interest payable in lawful money of the United States. If action be instituted on this note, I/We promise to pay such a sum as the Court may fix as attorney's fees. This note is secured by Deed of Trust to **WFG National Title Company.** , a California corporation, as TRUSTEE.

Property Address: **37136 Magnolia St., Newark, CA 94560**



Ying Lian Hu, trustee of the Ying Lian Hu Living Trust, dated December 10, 2021, Subject to item #6 as shown herein

APN: 092-0062-025

# Exhibit “B”

2023100357 09/01/2023 12:18 PM 6 PGS

OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $213.00

**RECORDING REQUESTED BY:**
**WFG National Title Company**
**AND WHEN RECORDED MAIL TO:**

MOCAA INC
2521 Windsor Pl
Rowland Heights, CA 91748
Order# : 23-155124

**ELECTRONICALLY RECORDED**

THIS SPACE FOR RECORDER'S USE ONLY:

**APN: 092-0062-015**

**LONG FORM DEED OF TRUST AND ASSIGNMENT OF RENTS**

**THIS DEED OF TRUST,** made **August 28th, 2023**
**Ying Lian Hu, trustee of the Ying Lian Hu Living Trust, dated December 10, 2021,**

**herein called trustors**

**whose address is:** **37136 Magnolia St., Newark, CA 94560**

**WFG National Title Company, a California Corporation, herein called Trustee, and**

**MOCAA INC,$100,000.00 a California Corporation herein called Beneficiary,**

**WITNESSETH**: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE that property in **Alameda County,** California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF

Also known as : **37136 Magnolia St., Newark, CA 94560**

**Which are investment property**

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of **$100,000.00** executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

**TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES:**

1. To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.
2. To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.
3. To pay; at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto; all costs, fees and expenses of this Trust.

   Should Trustor fail to make any payment or do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purpose; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.
4. To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.
5. That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such money(ies) received by him/her in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.
6. That by accepting payment of any sum secured hereby its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure to pay.
7. That at any time or from time to time, without liability therefore and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.
8. That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "the person or persons legally entitled thereto." Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them).
9. That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default, Beneficiary may at any time without notice, either in

Case: 25-42332 Doc# 59-1 Filed: 03/18/26 Entered: 03/18/26 10:42:22 Page 11 of 39

person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his/her own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

10. That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

    After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

    After deducting all costs, fees and expenses of Trustee and of this trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of; all sums expended under the terms hereof not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

11. Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers, and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

12. That this Deed applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors, and assigns. The terms Beneficiary shall mean the owner and holder, including pledgees, of the note secured hereby whether, or not named as Beneficiary herein. In this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

13. That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinafter set forth.

Case: 25-42332 Doc# 59-1 Filed: 03/18/26 Entered: 03/18/26 10:42:22 Page 12 of 39

Date: 08/28/2023

Ying Lian Hu, trustee of the Ying Lian Hu Living Trust, dated December 10, 2021, Subject to item #6 as shown herein

*A notary public or other office completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

STATE OF CALIFORNIA
COUNTY OF Alameda
On 8/30/23, before me, A-Viray A Notary Public personally appeared Ying Lian Hu who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) subscribed to the within instrument and acknowledge to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature______________ (Seal)

A. VIRAY
COMM. #2395223
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Feb. 28, 2026

**EXHIBIT "A"**
**LEGAL DESCRIPTION**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN COUNTY OF ALAMEDA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 22, BLOCK 237, IN THE CITY OF NEWARK, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, FILED MAY 6, 1878, MAP BOOK 17, PAGE 10, ALAMEDA COUNTY RECORDS.

APN: 092-0061-015

## REQUEST FOR FULL RECONVEYANCE

TO: WFG National Title Company, a California Corporation, TRUSTEE

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith, together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, all the estate now held by you under the same.

Date________________________________

________________________________ ________________________________

By: ________________________________ By:________________________________

Please mail Reconveyance to:

________________________________________________________________

**Do not lose or destroy this Deed of Trust OR THE NOTE, which it secures.**

*Both original documents must be delivered to the Trustee for cancellation before reconveyance will be made.*

# Exhibit “C”

2025005192 01/10/2025 02:09 PM 1 PGS

OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $99.00

**RECORDING REQUESTED BY**
AND WHEN RECORDED MAIL TO
NAME: Connie Zhang
ADDRESS: 2521 Windsor Pl
Rowland Heights, CA 91748

**ELECTRONICALLY RECORDED**

## ASSIGNMENT OF DEED OF TRUST

**FOR VALUE RECEIVED**, the undersigned hereby grants, assigns and transfers to Connie Zhang 100% **($100,000.00)** beneficial interest under that certain Deed of Trust dated **09/01/2023** executed by **Ying Lian Hu, trustee of the Ying Lian Hu, dated December 10, 2021** Trustor(s), WFG National Title Company, a California corporation, Trustee, and recorded as **Instrument No 2023100357** on **09/01/23** in book N/A, page N/A, of Official Records in the County Recorder's office of **Alameda** County, California, AS DESCRIBED IN SAID DEED OF TRUST. TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated 01/07/2025

By: Mocaa Inc.

[signature]

Connie Zhang, Manager

A notary public of other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles
On January 09, 2025 before me Adriana Vazquez Flores, Notary Public (here insert name and title of the officer), personally appeared Connie Zhang who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**
WITNESS my hand and official seal.

Signature [signature] (Seal)

ADRIANA VAZQUEZ FLORES
Notary Public - California
Los Angeles County
Commission # 2380010
My Comm. Expires Oct 29, 2025

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO
NAME: Connie Zhang
ADDRESS: 2521 Windsor Pl
Rowland Heights, CA 91748

## ASSIGNMENT OF DEED OF TRUST

**FOR VALUE RECEIVED**, the undersigned hereby grants, assigns and transfers to Connie Zhang 100% (**$100,000.00)** beneficial interest under that certain Deed of Trust dated **09/01/2023** executed by **Ying Lian Hu, trustee of the Ying Lian Hu, dated December 10, 2021** Trustor(s), WFG National Title Company, a California corporation, Trustee, and recorded as **Instrument No 2023100357** on **09/01/23** in book N/A, page N/A, of Official Records in the County Recorder's office of **Alameda** County, California, AS DESCRIBED IN SAID DEED OF TRUST. TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated 01/07/2025

By: Mocaa Inc.

[signature]

Connie Zhang, Manager

A notary public of other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles
On January 09, 2025 before me Adriana Vazquez Flores, Notary Public (here insert name and title of the officer), personally appeared Connie Zhang who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**
WITNESS my hand and official seal.

Signature [signature] (Seal)

ADRIANA VAZQUEZ FLORES
Notary Public - California
Los Angeles County
Commission # 2380010
My Comm. Expires Oct 29, 2025

# Exhibit "D"

**Bankruptcy Filed: December 11, 2025**
**Due Date of Monthly Payment: 1st day of each month**
**Payment Amount: $1,000.00**

| **Date Payment Received:** | **Payment Due Date:** | **Payment Amount Due:** | **Payment Amount Received:** | **Month Applied To:** | **Suspense** |
|---|---|---|---|---|---|
| N/A | 08/01/2024 | $1,000.00 | $0.00 | N/A | $0.00 |
| 08/05/2024 | | | $1,000.00 | 08/01/2024 | $0.00 |
| **LOAN MATURED AND BECAME ALL DUE AND PAYABLE ON 08/31/2024** | | | | | |

# Exhibit "D"

# Exhibit "E"

275-214
[Rev. 09/20/13]

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:,

Wen Ma

**WHEN RECORDED MAIL TO:**

NAME: Wen Ma

ADDRESS: 268 Staircase Fall CMN

CITY/STATE/ZIP: Fremont, CA 94539

2024156088 12/24/2024 08:55 AM 3 PGS

OFFICIAL RECORDS OF ALAMEDA COUNTY
MELISSA WILK, CLERK-RECORDER
RECORDING FEES: $105.00

A10
3
m

THIS SPACE FOR RECORDER'S USE ONLY

# DOCUMENT TITLE

Abstract of Judgment

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Govt. Code 27361.6)
(additional recording fee applies)

Branch :O55 User :SSAT Title Officer : 05 Order : 2448556

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
WEN MA
268 Staircase Falls CMN
Fremont, CA 94539

TEL NO.: 510-585-8576 FAX NO. (optional):
E-MAIL ADDRESS (Optional): winnyma@yahoo.com
[ ] ATTORNEY FOR [x] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 24405 AMADOR STREET
MAILING ADDRESS: same
CITY AND ZIP CODE: HAYWARD, 94544
BRANCH NAME: HAYWARD HALL OF JUSTICE

FOR RECORDER'S USE ONLY

PLAINTIFF: WEN MA
DEFENDANT: YING-LIAN HU and LIXIN LI

CASE NUMBER: 24CV066904

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

[ ] Amended

FOR COURT USE ONLY

1. The [x] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address
      YING-LIAN HU
      37136 Magnolia St
      Newark CA 94560
   b. Driver's license no. [last 4 digits] and state: 9628 CA [ ] Unknown
   c. Social security no. [last 4 digits]: 1344 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Wen Ma
   268 Stairecase Falls CMN
   Fremont, CA94539

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 11/12/2024
Wen Ma
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $78,235.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 11/05/2024
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:
11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA EUREKA

Chad Finke

This abstract issued on *(date)*: NOV 12 2024

Clerk, by Ngalum NGaluan, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

ALAMEDA, CA Document:AJ 2024.156088 Page:2 of 3
Printed on:9/13/2025 3:29 AM

| PLAINTIFF: WEN MA<br>DEFENDANT: YING-LIAN HU and LIXIN LI | COURT CASE NO.:<br>24CV066904 |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. [ ] Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

LIXIN LI
49 Berylwood Ln
Milpitas CA 95035

Driver's license no. [last 4 digits] and state: [ ] Unknown

Social security no. [last 4 digits]: [ ] Unknown

Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: [ ] Unknown

Social security no. [last 4 digits]: [ ] Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: [ ] Unknown

Social security no. [last 4 digits]: [ ] Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: [ ] Unknown

Social security no. [last 4 digits]: [ ] Unknown

Summons was personally served at or mailed to *(address):*

20. [ ] Continued on Attachment 20.

Case: 25-42332 Doc# 59-1 Filed: 03/18/26 Entered: 03/18/26 10:42:22 Page 24 of 39

# Exhibit “F”



Alameda County Treasurer-Tax Collector
Property Tax Portal

System maintenance and nightly processing generally occurs Sunday mornings from 7:00 to 9:00 AM and weeknights from 1:00 to 2:00 AM. The system may be temporarily unavailable during these times only, for maintenance.

**2025-26 2nd Installment Taxes Are Due 04/10/2026**

< Return to Property Summary

Secured Property Tax Statement | Internet Copy | This is not an official bill

**Please Read Important Messages**

*** URGENT REMINDER ** Unpaid prior year taxes are due and are not included in this statement. Call 510-272-6800.*

An unofficial printable version of your bill is available.

## Tax Year: 2025-2026

For Fiscal Year Beginning July 1, 2025 and Ending June 30, 2026

**Parcel Number:** 92-61-15

**Tracer Number:** 24885200

**Tax-Rate Area:** 11-022

**Special Handling:**

**Location of Property:** 37136 MAGNOLIA ST, NEWARK

**Date of Assessement:** January 1, 2025

Assessee name and address is not available online per California government code. §6254.21

| First Installment | Second Installment | Total Amount Billed |
|---|---|---|
| ADJUSTED OCT 29, 2025, PLEASE CALL TAX COLLECTOR **$6,488.50** | ADJUSTED OCT 29, 2025, PLEASE CALL TAX COLLECTOR **$6,488.50** | **$12,977.00** |

*If payment is submitted after due date, contact (510)272-6800 for the correct amount due.*

## Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Ad Valorem Tax |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | $10,612.00 |
| VOTER APPROVED DEBT SERVICE | | |
| COUNTY GO BOND | 0.0084% | $89.14 |
| SCHOOL UNIFIED | 0.0691% | $733.29 |
| SCHOOL COMM COLL | 0.0276% | $292.89 |
| WASHINGTON TWP HOSP | 0.0218% | $231.34 |
| BAY AREA RAPID TRANSIT | 0.0152% | $161.30 |
| EAST BAY REGIONAL PARK | 0.0011% | $11.67 |
| ALAMEDA CO WATER | 0.0060% | $63.67 |
| TOTAL AD VALOREM TAX (AV TAX) | 1.1492% | $12,195.30 |

## Fixed Charges and/or Special Assessments

Exemption codes indicate that a particular exemption type is offered by the levying district. Exemption eligibility requirements and the application process are available by calling the phone numbers provided.

**Possible Exemption Codes:**

a = Senior Citizen

b = Low Income

c = Supplemental Security Income/Social Security Disability Income

| Description | Exemption Code | Phone | Amount |
|---|---|---|---|
| UNION SEWER SVC | | 510-477-7626 | $636.02 |
| MOSQ MSR K 1982 | | 800-273-5167 | $1.74 |
| CSA PARAMEDIC | | 800-273-5167 | $41.40 |
| VEC CNTRL MSR A 84 | | 800-273-5167 | $5.92 |
| PARAMEDIC SUPPLMNT | | 510-578-4279 | $15.00 |
| SFBRA MEASURE AA | | 888-508-8157 | $12.00 |
| FLOOD BENEFIT 5 | | 510-670-5241 | $26.60 |
| HAZ WASTE PROGRAM | | 800-273-5167 | $7.80 |
| VECTOR CNTRL ASMT | | 800-273-5167 | $6.56 |
| MOSQUITO ASMT 2008 | | 800-273-5167 | $2.90 |
| CLEAN STORM WATER | | 510-670-5241 | $20.32 |
| EAST BAY TRAIL LLD | b | 888-512-0316 | $5.44 |
| Total Fixed Charges and/or Special Assessments | | | $781.70 |

## Tax Computation Worksheet

For each line item the Full Valuation multiplied by the Tax Rate equals the Tax Amount.

| Description | Full Valuation | Tax Rate | Tax Amount |
|---|---|---|---|
| LAND | $424,480.00 | | |
| IMPROVEMENTS | $636,720.00 | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | $1,061,200.00 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | $1,061,200.00 | 1.1492% | $12,195.30 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| TOTAL AD VALOREM TAX | $1,061,200.00 | 1.1492% | $12,195.30 |

| | |
|---|---|
| Ad Valorem Tax plus Special Assessments | $12,977.00 |

## Messages

A fee of $61.00 will be imposed on all returned or dishonored payments.

EChecks are accepted online at https://propertytax.alamedacountyca.gov through June 30, 2026 without a fee.  Visa, Mastercard, Discover, or American Express credit cards are accepted by phone (510)272-6800 or online through June 30, 2026. A convenience fee will be added to your total credit card payment.

Would you like to make installment payments on your property taxes? You can set up a payment schedule using Easy Smart Pay, a third-party vendor. For more information visit https://easysmartpay.net/.

Subscribe to receive email alerts about important property tax dates online.

This bill is as of March 13, 2026 10:34 AM and may not include pending payments and roll corrections.

## Contact Information

**Mailing Address**
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612

**Payment Questions/Credit Card Payments**
Tax Collector's Office
(510) 272-6800

**Assessor's Office**
Valuation/Exemption

(510) 272-3787

(510) 272-3770

## IMPORTANT REMINDERS

1. Partial payments are not acceptable - payments made for less than the total installment due will be returned to the taxpayer.
2. Notices will not be mailed when the second installment is due. Mark your calendar or subscribe to e-mail alerts online at propertytax.alamedacountyca.gov .
3. Filing an application for reduced assessment does not relieve the applicant from the obligations to pay the taxes on the subject property before the applicable due date shown on the tax bill. If a reduction is granted, a proportionate refund of taxes will be made by the County Auditor's Office.
4. New owners and present owners with new construction may be required to pay a Supplemental tax bill. Supplemental tax bills are separate from and in addition to this annual bill and any previous or subsequent Supplemental bills.

## INFORMATION ABOUT YOUR 2025-2026 SECURED TAX BILL

1. Property Assessment and Attachment of Tax Lien: The Assessor annually assesses all the property in the county, except state-assessed property, to the person owning, claiming, possessing, or controlling it at 12:01 a.m. January 1, and a lien for taxes attaches at that time preceding the fiscal year for which the taxes are levied. If you disagree with a change in the assessed value as shown on the tax bill, you may have the right to an informal assessment review by contacting the Assessor's Office. If you disagree with the results of the informal review, you have the right to file an application for reduction in assessment for the following year with the Alameda County Assessment Appeals Board from July 2 to September 15. The Assessment Appeals Board may be contacted at the County Administration Building, Room 536, 1221 Oak Street, Oakland, California 94612 or by calling (510) 272-3854. Application for review and equalization of an assessment made outside of the regular assessment period must be filed with the Alameda County Assessment

Appeals Board no later than 60 days from the first notification of that assessment.

2. Your Tax Collector does not determine the amount you pay in taxes. Tax amounts are computed by multiplying the property's full value by the tax rates of the various taxing agencies. Fixed charges and/or special assessments such as Flood Control Benefit Assessment, sewer service, special assessment improvement bond charges, delinquent garbage liens, etc. from cities and districts are added to the computed tax amounts to arrive at the total amount due on the bill.
3. The Total Amount Due is payable in two installments:
   1. The 1st installment is due on November 01, 2025 and is delinquent at 5 p.m. December 10, 2025 after which a 10% penalty attaches.
   2. The 2nd installment is due on February 01, 2026 and is delinquent at 5 p.m. April 10, 2026 after which a 10% penalty and $10 cost attach.
   3. In order to pay both installments at the same time, remit the TOTAL AMOUNT DUE with both installment payment stubs by December 10, 2025. (If the delinquent due dates fall on a Saturday, Sunday, or legal holiday, no penalty is charged if payment is made by 5 p.m. on the next business day.)
4. If the amount due is unpaid at 5 p.m. June 30, 2026, it will be necessary to pay delinquent penalties, costs, redemption penalties, and a redemption fee. If June 30 falls on a Saturday, Sunday, or legal holiday, no redemption penalties shall attach if payment is made by 5 p.m. on the next business day. Property delinquent for the first year shall be declared defaulted for non-payment of taxes. After 5 years, the Tax Collector has the power to sell tax-defaulted property that is not redeemed.
5. Homeowners' Exemption: If your tax bill shows zero value on the Homeowners' Exemption line and you owned and occupied this property on January 1, 2025, you may be eligible for a partial (80%) homeowners' exemption if you file a claim with the Assessor on or before December 10, 2025. The homeowners' exemption tax reduction is attributable to the state-financed homeowners' tax relief program.
6. Questions about property valuation, exemptions, payments and other fixed charges and special assessments should be directed to the telephone numbers indicated on the face of this bill.
7. Property Tax Postponement for Senior Citizens, Blind, Or Disabled Persons. The State Controller's Office (SCO) administers the Property Tax Postponement (PTP) program, which allows eligible homeowners to postpone payment of current-year property taxes on their primary residence PTP applications are

accepted from October 1 to February 10 each year. Go to www.ptp.sco.ca.gov for more information. If you have any questions, call (800)952-5661 or email postponement@sco.ca.gov.

8. Possible Exemption Codes:
   a = Senior Citizen
   b = Low Income
   c = Supplemental Security Income/Social Security Disability Income
   An Exemption Code indicates that a particular exemption type is filed by the levying district. Exemption eligibility requirements and the application process are available by calling the phone numbers provided on this bill.

## Avoid Late Fees

Subscribe and we will send you a reminder when important tax dates are approaching.

Email Address

username@example.com

Subscribe

Alameda County © 2026 • All Rights Reserved • Legal Disclaimers • Accessibility • Support v3.2.0



Alameda County Treasurer-Tax Collector
Property Tax Portal

System maintenance and nightly processing generally occurs Sunday mornings from 7:00 to 9:00 AM and weeknights from 1:00 to 2:00 AM. The system may be temporarily unavailable during these times only, for maintenance.

**2025-26 2nd Installment Taxes Are Due 04/10/2026**

< Return to Property Summary

Secured Property Tax Statement | Internet Copy | This is not an official bill

**Please Read Important Messages**

*** URGENT REMINDER ** Unpaid prior year taxes are due and are not included in this statement. Call 510-272-6800.*

An unofficial printable version of your bill is available.

**Tax Year: 2025-2026**

For Fiscal Year Beginning July 1, 2025 and Ending June 30, 2026

**Parcel Number:** 92-61-15

**Tracer Number:** 24885201

**Tax-Rate Area:** 11-022

**Special Handling:**

**Location of Property:** 37136 MAGNOLIA ST, NEWARK

**Date of Assessement:** January 1, 2025

Assessee name and address is not available online per California government code. §6254.21

| First Installment | Second Installment | Total Amount Billed |
|---|---|---|
| PAID JAN 23, 2026 (Includes 10% delinquency penalty)<br>**$3,597.51** | PAY BY 04/10/2026<br>**$3,270.47** | **$6,867.98** |

*If payment is submitted after due date, contact (510)272-6800 for the correct amount due.*

## Tax-Rate Breakdown

TAX RATE BREAKDOWN IS CURRENTLY NOT AVAILABLE ONLINE

## Fixed Charges and/or Special Assessments

Exemption codes indicate that a particular exemption type is offered by the levying district. Exemption eligibility requirements and the application process are available by calling the phone numbers provided.

**Possible Exemption Codes:**

a = Senior Citizen

b = Low Income

c = Supplemental Security Income/Social Security Disability Income

| Description | Exemption Code | Phone | Amount |
|---|---|---|---|
| UNION SEWER SVC | | 510-477-7626 | $636.02 |
| MOSQ MSR K 1982 | | 800-273-5167 | $1.74 |
| CSA PARAMEDIC | | 800-273-5167 | $41.40 |
| VEC CNTRL MSR A 84 | | 800-273-5167 | $5.92 |
| PARAMEDIC SUPPLMNT | | 510-578-4279 | $15.00 |
| SFBRA MEASURE AA | | 888-508-8157 | $12.00 |
| FLOOD BENEFIT 5 | | 510-670-5241 | $26.60 |
| HAZ WASTE PROGRAM | | 800-273-5167 | $7.80 |
| VECTOR CNTRL ASMT | | 800-273-5167 | $6.56 |
| MOSQUITO ASMT 2008 | | 800-273-5167 | $2.90 |
| CLEAN STORM WATER | | 510-670-5241 | $20.32 |
| EAST BAY TRAIL LLD | b | 888-512-0316 | $5.44 |
| Total Fixed Charges and/or Special Assessments | | | $781.70 |

## Tax Computation Worksheet

For each line item the Full Valuation multiplied by the Tax Rate equals the Tax Amount.

| Description | Full Valuation | Tax Rate | Tax Amount |
|---|---|---|---|
| LAND | $348,525.00 | | |
| IMPROVEMENTS | $152,629.00 | | |
| FIXTURES | | | |
| TOTAL REAL PROPERTY | $501,154.00 | | |
| PERSONAL PROPERTY | | | |
| GROSS ASSESSMENT & TAX | $501,154.00 | 1.1492% | $5,759.24 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| TOTAL AD VALOREM TAX | $501,154.00 | 1.1492% | $5,759.24 |

## Messages

A fee of $61.00 will be imposed on all returned or dishonored payments.

ADJUSTMENT BILL FOR YEAR 2025 DUE TO: R&T 4831.5 - Error in prop. statement/information furnished to Assessor.

EChecks are accepted online at https://propertytax.alamedacountyca.gov through June 30, 2026 without a fee. Visa, Mastercard, Discover, or American Express credit cards are accepted by phone (510)272-6800 or online through June 30, 2026. A convenience fee will be added to your total credit card payment.

Would you like to make installment payments on your property taxes? You can set up a payment schedule using Easy Smart Pay, a third-party vendor. For more information visit https://easysmartpay.net/.

Subscribe to receive email alerts about important property tax dates online.

This bill is as of March 13, 2026 10:36 AM and may not include pending payments and roll corrections.

## Contact Information

**Mailing Address**
Henry C. Levy, Treasurer and Tax Collector
1221 Oak Street, Room 131
Oakland, California 94612

**Payment Questions/Credit Card Payments**
Tax Collector's Office
(510) 272-6800

**Assessor's Office**
Valuation/Exemption
(510) 272-3787
(510) 272-3770

## IMPORTANT REMINDERS

1. Partial payments are not acceptable - payments made for less than the total installment due will be returned to the taxpayer.
2. Notices will not be mailed when the second installment is due. Mark your calendar or subscribe to e-mail alerts online at propertytax.alamedacountyca.gov .
3. Filing an application for reduced assessment does not relieve the applicant from the obligations to pay the taxes on the subject property before the applicable due date shown on the tax bill. If a reduction is granted, a proportionate refund of taxes will be made by the County Auditor's Office.
4. New owners and present owners with new construction may be required to pay a Supplemental tax bill. Supplemental tax bills are separate from and in addition to this annual bill and any previous or subsequent Supplemental bills.

## INFORMATION ABOUT YOUR 2025-2026 SECURED TAX BILL

1. Property Assessment and Attachment of Tax Lien: The Assessor annually assesses all the property in the county, except state-assessed property, to the person owning, claiming, possessing, or controlling it at 12:01 a.m. January 1, and a lien for taxes attaches at that time preceding the fiscal year for which the taxes are levied. If you disagree with a change in the assessed value as shown on the tax bill, you may have the right to an informal assessment review by contacting the Assessor's Office. If you disagree with the results of the informal review, you have the right to file an application for reduction in assessment for the following year with the Alameda County Assessment Appeals Board from July 2 to September 15. The Assessment Appeals Board may be contacted at the County Administration Building, Room 536, 1221 Oak Street, Oakland, California 94612 or by calling (510) 272-3854. Application for review and equalization of an assessment made outside of the regular

assessment period must be filed with the Alameda County Assessment Appeals Board no later than 60 days from the first notification of that assessment.

2. Your Tax Collector does not determine the amount you pay in taxes. Tax amounts are computed by multiplying the property's full value by the tax rates of the various taxing agencies. Fixed charges and/or special assessments such as Flood Control Benefit Assessment, sewer service, special assessment improvement bond charges, delinquent garbage liens, etc. from cities and districts are added to the computed tax amounts to arrive at the total amount due on the bill.

3. The Total Amount Due is payable in two installments:

   1. The 1st installment is due on November 01, 2025 and is delinquent at 5 p.m. December 10, 2025 after which a 10% penalty attaches.

   2. The 2nd installment is due on February 01, 2026 and is delinquent at 5 p.m. April 10, 2026 after which a 10% penalty and $10 cost attach.

   3. In order to pay both installments at the same time, remit the TOTAL AMOUNT DUE with both installment payment stubs by December 10, 2025. (If the delinquent due dates fall on a Saturday, Sunday, or legal holiday, no penalty is charged if payment is made by 5 p.m. on the next business day.)

4. If the amount due is unpaid at 5 p.m. June 30, 2026, it will be necessary to pay delinquent penalties, costs, redemption penalties, and a redemption fee. If June 30 falls on a Saturday, Sunday, or legal holiday, no redemption penalties shall attach if payment is made by 5 p.m. on the next business day. Property delinquent for the first year shall be declared defaulted for non-payment of taxes. After 5 years, the Tax Collector has the power to sell tax-defaulted property that is not redeemed.

5. Homeowners' Exemption: If your tax bill shows zero value on the Homeowners' Exemption line and you owned and occupied this property on January 1, 2025, you may be eligible for a partial (80%) homeowners' exemption if you file a claim with the Assessor on or before December 10, 2025. The homeowners' exemption tax reduction is attributable to the state-financed homeowners' tax relief program.

6. Questions about property valuation, exemptions, payments and other fixed charges and special assessments should be directed to the telephone numbers indicated on the face of this bill.

7. Property Tax Postponement for Senior Citizens, Blind, Or Disabled Persons. The State Controller's Office (SCO) administers the Property Tax Postponement (PTP) program, which allows eligible homeowners to postpone payment of

current-year property taxes on their primary residence PTP applications are accepted from October 1 to February 10 each year. Go to www.ptp.sco.ca.gov for more information. If you have any questions, call (800)952-5661 or email postponement@sco.ca.gov.

8. Possible Exemption Codes:
   a = Senior Citizen
   b = Low Income
   c = Supplemental Security Income/Social Security Disability Income
   An Exemption Code indicates that a particular exemption type is filed by the levying district. Exemption eligibility requirements and the application process are available by calling the phone numbers provided on this bill.

## Avoid Late Fees

Subscribe and we will send you a reminder when important tax dates are approaching.

Email Address

username@example.com

Subscribe

Alameda County © 2026 • All Rights Reserved • Legal Disclaimers • Accessibility • Support v3.2.0