UNITED STATES BANKRUPTCY COURT

Northern District of California

| In re: YING LIAN HU aka ANNA HU,<br><br>Debtor(s) | Bankruptcy No.: 25-42332-CN<br>R.S. No.:<br>Hearing Date: 04/08/2026<br>Time: 10:00 am |
|---|---|

### Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 12/11/2026  Chapter: 13

Prior hearings on this obligation: N/A  Last Day to File §523/§727 Complaints: 03/23/2026

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]

| | | | |
|---|---|---|---|
| Fair market value: | $____ | Source of value: ____ | |
| Contract Balance: | $____ | Pre-Petition Default: | $____ |
| Monthly Payment: | $____ | No. of months: ____ | |
| Insurance Advance: | $____ | Post-Petition Default: | $____ |
| | | No. of months: ____ | |

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 37136 Magnolia St., Newark, CA 94560 (the "**Property**").

Fair market value: $ 926,000.00  Source of value: Debtor's Schedules A//B*  If appraisal, date:____
**\*Movant reserves the right to obtain its own valuation should value become an issue.**

Moving Party's position (first trust deed, second, abstract, etc.):

| | | | |
|---|---|---|---|
| Approx. Bal. | $ 128,305.82 | Pre-Petition Default: | $ 128,305.82 |
| As of (date): 03/13/2026 | | No. of months: Matured | |
| Mo. payment: | $ Matured | Post-Petition Default: | $ Matured |
| Notice of Default (date): Matured | | No. of months: Matured | |
| Notice of Trustee's Sale: Matured | | Advances Senior Liens: | $ 0.00 |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: AmWest Funding Corp | $ 564,228.17 | $ Unknown | $ Unknown |
| 2nd Trust Deed: Movant | $ 128,905.82 | $ Matured | $ 128,905.82 |
| Jr. Lienholder: Wen Ma : | $ 78,235.00 | $ N/A | $ 78,235.00 |
| ____ : | | | |
| ____ : | | | |
| (Total) | $ 771,368.99 | $ Matured | $ 207,140.82 |

(D) Other pertinent information:

Dated: 03/17/2026

Reilly D. Wilkinson
_____
Signature
Reilly D. Wilkinson
_____
Print or Type Name

Attorney for Movant
