SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
WF.100-007S

Attorneys for Movant
CONNIE ZHANG 100% ($100,000.00) BENEFICIAL INTEREST UNDER THAT CERTAIN
DEED OF TRUST DATED 09/01/2023, her successors and/or assignees in interest

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 25-42332-CN |
| YING LIAN HU aka ANNA HU, | Chapter 13 |
| Debtor. | NOTICE OF CONTINUED HEARING |
| | Hearing- <br> Date: April 28, 2026 <br> Time: 1:30 p.m. <br> Place: Bankruptcy Court <br> 1300 Clay Street <br> Courtroom 215 <br> Oakland, CA 94612 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the hearing on CONNIE ZHANG 100% ($100,000.00)

BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 09/01/2023,

her successors and/or assignees in interest Motion for Relief from Automatic Stay filed in the

above-referenced matter originally scheduled to take place on April 8, 2026, has been continued

to April 28, 2026, at 1:30 p.m.., at the United States Bankruptcy Court, 1300 Clay Street,

Courtroom 215, Oakland, CA 94612, before the Honorable Charles Novak.

SCHEER LAW GROUP, LLP

DATED: April 8, 2026     /s/ Reilly D. Wilkinson
                          #250086