Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Sarah Velasco, #255873, Staff Attorney
PO Box 5004
Hayward,CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

Ying Lian Hu

debtor(s)

Chapter 13 Case No. 25-42332-WJL13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

**HEARING DATE:      July 13, 2026**
**HEARING TIME:       1:30 pm**
**LOCATION:            Courtroom 220 / U.S.**
**Courthouse 1300 Clay St., Oakland, CA 94612**

Martha G Bronitsky, Chapter 13 Trustee met and conferred with Aptum Law on June 30, 2026.  Remaining issues:

The Debtor recently withdrew the most recently filed Amended Plan and several Schedules.  These withdrawals are inappropriate.  It is now unclear what the debtor is proposing and how the debtor will resolve the issues raised by the Truste and Creditor Connie Zhang.

The trustee requests that all objections be sustained and the matter dropped from calendar.
Date: July 02, 2026

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Standing Chapter 13 Trustee

In re

     Ying Lian Hu

                       debtor(s)

Chapter 13 Case No. 25-42332-WJL13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor  by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Ying Lian Hu
37136 Magnolia St
Newark,CA 94560

Aptum Law
1660 S Amphlett Blvd #315
San Mateo,CA 94402

(Debtor(s))

(Counsel for Debtor)

Date:  7/2/2026

/s/ ECF Only

ECF Only