SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA  94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
WF.100-007S

The following constitutes the order of the Court.
Signed: July 17, 2026

William J. Lafferty, III
U.S. Bankruptcy Judge

Attorneys for Movant
CONNIE ZHANG 100% ($100,000.00) BENEFICIAL
INTEREST UNDER THAT CERTAIN DEED OF
TRUST DATED 09/01/2023, her successors and/or
assignees in interest

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Bk. No. 25-42332-WJL |
|---|---|
| YING LIAN HU aka ANNA HU, | Chapter 13 |
| Debtor | ORDER VACATING AUTOMATIC STAY |
| | Hearing-<br>Date:  July 8, 2026<br>Time: 9:30 a.m.<br>Place: Bankruptcy Court<br>     1300 Clay Street<br>     Courtroom 220<br>     Oakland, CA 94612 |

The hearing on CONNIE ZHANG 100% ($100,000.00) BENEFICIAL

INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 09/01/2023, her successors

and/or assignees in interest ("**Movant**") motion for relief from the Automatic Stay was scheduled

for hearing on July 8, 2026, at 11:00 a.m., Docket No. 59 through Docket No. 61, respectively,

before the Honorable William J. Lafferty, United States Bankruptcy Judge.  Movant appeared

through counsel, REILLY D. WILKINSON of SCHEER LAW GROUP, LLP.  All other

appearances were read into the record and for GOOD CAUSE appearing, the Court makes its

order as follows:

IT IS ORDERED that the Automatic Stay in the above entitled proceeding is immediately vacated and extinguished to allow Movant to commence or complete its non-judicial foreclosure pursuant to all existing defaults, including any pre-petition defaults specified under any existing foreclosure, thereafter take possession of the real property located at **37136 Magnolia St., Newark, CA 94560** (the "**Property**"). which is legally described in the Deed of Trust attached to Movant's motion for relief from automatic stay filed in this matter and seek and collect any damages ordered by a Court for the wrongful retention of the Property. Movant shall not be required to wait any additional time to hold its foreclosure sale, as may be required pursuant to Civil Code §2924(g)(d), or Bankruptcy Rule of Procedure 4001(a)(4).

IT IS FURTHER ORDERED that the Automatic Stay as it pertains to Movant's interest in the Property shall be and is hereby terminated and vacated for all purposes, including the prosecution of appropriate foreclosure remedies, without the requirement of further notice or publication, except as may be required by state law. Movant shall not be required to wait any additional time to proceed with its foreclosure, the provisions of Civil Code §2924g(d) and Federal Rule of Bankruptcy Procedure 4001(a)(4), being hereby waived.

**END OF ORDER**

**COURT SERVICE LIST**