Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 South Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Debtor Ying Lian Hu*

FILED

JUL 29 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Ying Lian Hu

Debtor.

Case No. 25-42332-WJL

Chapter 13

**STIPULATION AND ORDER
PURSUANT TO 11 U.S.C. §522(f)
AND FRBP 4003(d) IN
AVOIDANCE OF JUDICIAL LIEN**

This stipulation is entered pursuant to 11 U.S.C. §522(f) and Fed. R. Bankr. P. 4003(d), by and between Debtor Ying Lian Hu ("Debtor") and Creditor Wen Ma in order to resolve Creditor Wen Ma's judicial lien. In support thereof, Debtor and Creditor jointly and respectfully represent as follows:

1. On or about November 5, 2024, Wen Ma obtained a default judgment in her favor against the Debtor (Superior Court of California, County of

Case: 25-42332   Doc# 98   Filed: 07/29/26   Entered: 07/29/26 15:30:31   Page 1 of 6

Alameda Case No. 24CV066904). Said judgment gave rise to a judicial lien (instrument #2024156088) in and on the real property owned by Debtor at 37136 Magnolia St., Newark, CA 94560 ("Subject Property"). The said judicial lien is attached hereto as **Exhibit A**.

2. On or about December 11, 2025, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California, and was assigned Case No. 25-42332.

3. Debtor is filing a fifth amended Chapter 13 Plan praying that the Court find that Creditor's judicial lien in the amount of $78,235.00 encumbering the Subject Property be avoided and that its claim be paid as an unsecured claim of $18,000.00.

**THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

4. Creditor's claim in the amount of $78,235.00 shall be allowed as a non-priority general unsecured claim in the amount of $18,000.00. Creditor shall file a Proof of Claim listing its $18,000.00 as unsecured to be paid in accordance with the Debtor's Plan;

5. The avoidance of Creditor's judicial lien is contingent upon the Debtor's completion of her Chapter 13 plan and the Debtor's receipt of a Chapter 13 discharge;

6. Upon successful completion of the plan and entry of the Chapter 13

Case: 25-42332    Doc# 98    Filed: 07/29/26    Entered: 07/29/26 15:30:31    Page 2 of 6

discharge, the Debtor is authorized to record copies of this stipulation and order with the Alameda County Clerk-Recorder's Office;

7. The recording of this stipulation and order shall release any and all liens, encumbrances and/or judgment(s) associated with Wen Ma's claim against the property located at 37136 Magnolia St., Newark, CA 94560;

8. In the event of either dismissal of the Debtor's Chapter 13 case or the conversion of the Debtor's Chapter 13 case to any other Chapter under the United States Bankruptcy Code, Creditor shall retain its lien for the full amount;

9. In the event that the holder of the second lien on the Subject Property forecloses on its security interest and extinguishes Creditor's judicial lien prior to the Debtor's completion of her Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Property's lien at the time of the sale.

IN WITNESS WHEREOF, the parties have executed this Stipulation, intending to be legally bound hereby.

Dated: 2/18/2026

By: _____
Ying Lian Hu
Debtor

Dated: 7/18/2026

By: _____
Wen Ma
Creditor

---

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. §522(f) AND FRBP 4003(d) IN AVOIDANCE OF JUDICIAL LIEN**

3

Case: 25-42332    Doc# 98    Filed: 07/29/26    Entered: 07/29/26 15:30:31    Page 3 of 6

# NOTARY ACKNOWLEDGMENT

STATE OF CALIFORNIA

COUNTY OF ALAMEDA

On this ___18th___ day of July, 2026 before me, _Aidan M. Halligan, Notary Public_ and _____ personally appeared _Wen Ma and Yinglian Hu,_

who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signature on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

AIDAN N. HALLIGAN
COMM #2499435
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Sept. 10, 2028

Signature_____ (Seal)

**Disclaimer:** A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. §522(f) AND FRBP 4003(d) IN AVOIDANCE OF JUDICIAL LIEN**

4

# EXHIBIT A

Case: 25-42332    Doc# 98    Filed: 07/29/26    Entered: 07/29/26 15:30:31    Page 5 of 6



# Alameda County, California
## Clerk-Recorder Web Access

Welcome Visitor.

| Welcome | Fictitious Business Names | Marriage | Real Estate | FAQ | Login | View Basket |

To order Real Estate copies online, go to: https://www.acgov.org/auditor/clerk/opr/opr.htm

**Other Options**
New Search
Refine Search
Back to Results

Request Restrictive Language Correction  ⓞ ⓞ  2024156088  ◇ ⓞ ⓞ

| General | Legal Description | Related Documents |

**2024156088**

### Document Detail

Image for this record is not available on this website.

Instrument #: 2024156088
Multi Seq: 0
Date Filed: 12/24/2024 08:55:05 AM
Document Type: ABSTRACT OF JUDGMENT
Book:
Page:
# Pages in Image: 3
Image:

### Grantor Names

1    HU   YING LIAN
2    LI   LIXIN

### Grantee Names

1    MA   WEN

### Returnee

Name:
Address:
City, State, Zip:

Case: 25-42332    Doc# 98    Filed: 07/29/26    Entered: 07/29/26 15:30:31    Page 6 of 6