Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Sarah Velasco, #255873, Staff Attorney
Brisa Ramirez, #261480, Staff Attorney
PO Box 5004
Hayward,CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

Ying Lian Hu

debtor(s)

Chapter 13 Case No. 25-42332-WJL13

**JOINT PREHEARING STATEMENT FOR
TRUSTEE'S OBJECTION TO CONFIRMATION
AND MOTION TO DISMISS**

**HEARING DATE:**     **August 13, 2026**
**HEARING TIME:**     **1:30 pm**
**LOCATION:**     **Courtroom 220 / U.S.
Courthouse 1300 Clay St., Oakland, CA 94612**

Martha G Bronitsky, Chapter 13 Trustee met and conferred with Andy Liu on July 30, 2026. Remaining issues:

Case: 25-42332   Doc# 111   Filed: 08/06/26   Entered: 08/06/26 15:29:03   Page 1 of 3

Motion to Dismiss/Objection to Confirmation

This case was filed on December 11, 2025 and assigned to Judge Charles Novack. The Trustee and Creditor Connie Zhang filed objections to the plan. Amended Plans and Objections were filed over the next several months

On June 26, 2026 Debtor through her attorney withdrew Documents filed at Dockets 77, 78, 79,80,81, 82 and 83 leaving no plan to confirm and no supporting schedules.

At the Confirmation Hearing held on July 13, 2026 Mr. Liu stated the Debtor had terminated him. The Debtor appeared and was very upset. The Court continued the Confirmation Hearing and the Trustee indicated she would file and notice a Motion to Dismiss which was done on 7/15/2026.

On July 17, 2026 Connie Zhang/Vantage Capital and Amwest Funding Corp were granted relief from stay.

The Debtor has sent multiple emails to the Trustee's office regarding the relief from stay orders, plans, and her attorney's representation. The Trustee's staff repeatedly informed the debtor that they could not represent her and could not talk to her while she was represented. One email purported to fire Mr. Liu and another one later in the day said he would be filing documents.

On August 4, 2026 amended documents were filed including an Amended Plan that is not confirmable. The major issue in the plan is that it purports to pay Secured Creditors that have been granted Relief from Stay. The Plan provides that once relief from stay is granted no further disbursements shall be paid. The plan also purports to avoid the Judicial Lien of Wen Ma however it appears a stipulation was entered into.

The plan is not confirmable and there are no secured debts to reorganize. The debtor can deal with her unsecured debts via a Chapter 7.

The Trustee requests that case be dismissed.
Date: August 06, 2026

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Standing Chapter 13 Trustee

Case: 25-42332   Doc# 111   Filed: 08/06/26   Entered: 08/06/26 15:29:03   Page 2 of 3

In re

Ying Lian Hu

debtor(s)

Chapter 13 Case No. 25-42332-WJL13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor  by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Ying Lian Hu
37136 Magnolia St
Newark,CA 94560

Aptum Law
1660 S Amphlett Blvd #315
San Mateo,CA 94402

(Debtor(s))

(Counsel for Debtor)

Date:  8/6/2026

/s/ ECF Only

ECF Only

Case: 25-42332   Doc# 111   Filed: 08/06/26   Entered: 08/06/26 15:29:03   Page 3 of 3