Debtor 1    Ying Lian Hu aka Anna Hu

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern _____  District of  California
(State)

Case number    25-42332-CN

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Connie Zhang 100% ($100,000.00) Beneficial Interest Under That Certain Deed of Trust Date 09/01/2023, her successors and/or assignees in interest

**Court claim no**. (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account:    2   3   L   A

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑  No

☐  Yes.  Date of the last notice: _____/_____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 12/15/2026; 12/22/2025; 12/26/2025; 01/20/2026; 01/21/2026; 01/22/2026; 02/26/2026; 03/03/2026; 03/04/2026; 03/05/2026; 03/09/2026; 03/13/2026; 03/18/2026; 04/27/2026; 04/28/2026 | (3) | $ 8,134.50 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 02/09/2026 | (5) | $ 800.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Case: 25-42332   Doc#      Filed: 06/26/26   Entered: 06/26/26 10:38:50   Page 1 of 2

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _____

Signature

Date 6, 25, 2026

Print:  Connie Zhang
First Name    Middle Name    Last Name

Title _____

Company  Vantage Capital Inc.

Address  2020 Main Street, Ste. 1200
Number    Street

Irvine                                    CA        92614
City                              State    ZIP Code

Contact phone ( 626 ) 725 – 3719

Email info@vantagecapital.org

Case: 25-42332    Doc#    Filed: 06/26/26    Entered: 06/26/26 10:38:50    Page 2 of 2